# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MAUDA LEE ARNOLD SHADDOX, INDIVIDUALLY**                    **PLAINTIFF**
**and as TRUSTEE of the QUINDORA E. ARNOLD TRUST**

**v.**                      **4:09CV00205-WRW**

**ARKANSAS GAME AND FISH COMMISSION, et al.**                **DEFENDANTS**

## ORDER

Pending is Defendant Chesapeake Exploration LLC's Motion to Remand to State Court (Doc. No. 7). The parties have not responded, and the time for doing so has passed.

Defendant's Motion is GRANTED. This case is remanded to the Van Buren County Circuit Court.

IT IS SO ORDERED this 1st day of May, 2009.

                                                         /s/Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE